WR-83,719-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/11/2015 2:49:27 PM
Accepted 11/12/2015 8:33:00 AM
ABEL ACOSTA
CLERK

## TEXAS COURT OF CRIMINAL APPEALS

### CASE NO.

### WR-83,719-01

FILED IN
COURT OF CRIMINAL APPEALS

November 12, 2015

ABEL ACOSTA, CLERK

## IN RE STATE OF TEXAS EX REL. ABELINO REYNA
### Relator

**Trial Cause No. 2015-1955-2**
**In the 54th District Court, McLennan County**
**Honorable Matt Johnson, Presiding**

**Appellate Cause No. 10-14-00235-CR**
**10th Court of Appeals**
**Waco, Texas**

*Grant*
*Cheryl Johnson*
*11/20/15*

## MOTION TO FILE ATTACHMENT B TO SECOND EMERGENT MOTION BY REAL-PARTY-IN-INTEREST MATTHEW ALAN CLENDENNEN TO VACATE STAY BASED ON RELATOR'S UNCLEAN HANDS BY HAND

Real-Party-In-Interest, Matthew Alan Clendennen, hereby moves this Court

to file the attached Attachment B to his Second Emergent Motion by Real-Party-

In-Interest Matthew Alan Clendennen to Vacate Stay Based on Relator's Unclean

Hands by hand filing, because it is a DVD, making it difficult if not impossible to

electronically file.

1

ELECTRONIC
RECORD

Respectfully submitted,

/s/F. Clinton Broden
F. CLINTON BRODEN
TX Bar No. 24001495
Broden, Mickelsen, Helms & Snipes, LLP
2600 State Street
Dallas, Texas 75204
(214) 720-9552 (214) 720-9594(facsimile)

Attorney for Matthew Alan Clendennen

## CERTIFICATE OF SERVICE

I, F. Clinton Broden, do hereby certify that, on this 11th day of November, 2015, I caused a copy of the foregoing document to be mailed via first-class mail and to be served electronically, on:

McLennan County District Attorney
219 N 6th St
Waco, Texas 76701

Tenth Court of Appeals
501 Washington Ave.
Waco, Texas 76701

/s/ F. Clinton Broden
F. Clinton Broden

Attachment B is an electronic copy of Relator's Press Conference and, as such, will be submitted by hard copy. It can be found at:

http://www.kcentv.com/category/300187/shooting-at-twin-peaks

/s/F. Clinton Broden
F. CLINTON BRODEN